UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>           Plaintiff,                           )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>LEONARDO RODRIGUEZ GARCIA,  )<br>                                                              )<br>           Defendant.                        )<br>_____)  | Case No. 07mj2914 |

       Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

       United States Attorney's Office
       880 Front Street
       San Diego, CA  92101

Dated:  December 19, 2007                       */s/ John C. Ellis, Jr.*
                                                               JOHN C. ELLIS, JR.
                                                                Federal Defenders
                                                                225 Broadway, Suite 900
                                                                San Diego, CA 92101-5030
                                                                (619) 234-8467  (tel)
                                                                (619) 687-2666  (fax)
                                                                john_ellis@fd.org