

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEONARDO RODRIGUEZ-GARCIA,<br><br>    Defendant. | Criminal Case No. 08cr0114-JLS<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about December 15, 2007, within the Southern District of California, defendant LEONARDO RODRIGUEZ-GARCIA, did knowingly and intentionally import approximately 23.55 kilograms (51.81 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: January 10, 2008

                                          KAREN P. HEWITT
                                          United States Attorney

                                          W. MARK CONOVER
                                          Assistant U.S. Attorney

WMC:jam:San Diego
12/28/07